UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA PHARMACISTS ASSOCIATION, NATIONAL ASSOCIATION OF CHAIN DRUG STORES, NATIONAL COMMUNITY PHARMACISTS ASSOCIATION, MINNESOTA RETAILERS ASSOCIATION, MINNESOTA GROCERS ASSOCIATION, ASTRUP DRUG, INC., COBORN'S, INC., FALK'S PHARMACIES, INC., GENOA HEALTHCARE MINNESOTA, LLC, GOODRICH PHARMACY, INC., JT HOESCHEN, INC. d.b.a. ST. PAUL CORNER DRUG, SETZER PHARMACY, INC.,  THRIFTY DRUG STORES, INC., TRUMM DRUG, INC., ROBERT DIAZ, and M.B., a minor, and A.H. a minor, by and through their Legal Guardian, JAMES BRECH, | Case No.: 09-CV-2723 (DWF/RLE) |
|               Plaintiffs, | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
|   v. | |
| TIMOTHY PAWLENTY, not individually, but solely in his official capacity as Governor of the State of Minnesota, CAL LUDEMAN, not individually, but solely in his official capacity as Commissioner of the Minnesota Department of Human Services, BRIAN OSBERG, not Individually, but solely in his official capacity as Director of the Minnesota Medicaid Program, THE MINNESOTA DEPARTMENT OF HUMAN SERVICES | |
|               Defendants, | |

The undersigned hereby certifies that in accordance with Local Rule 7.1(e), Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction, was prepared in 13-point font and, in accordance with Local Rule 7.1(c), contains 6,954 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature.  Plaintiffs' Reply Memorandum in Support of Motion for Preliminary Injunction was prepared in 13-point font and, in accordance with Local Rule 7.1(c), contains 5,045 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature, for a total of 11,999 words.

Dated:  December 7, 2009

WINTHROP & WEINSTINE, PA


s/William A. McNab

    David M. Aafedt, #27561X
    William A. McNab, #320924
    Winthrop & Weinstine
    225 South Sixth Street
    Minneapolis, MN 55402
    (612) 604-6400 (Telephone)
    (612) 604-6800 (Facsimile)

    And

DUANE MORRIS LLP

    Frederick R. Ball (admitted *pro hac vice*)
    Nicholas J. Lynn (admitted *pro hac vice*)
    Amy E. McCracken (admitted *pro hac vice*)
    190 S. LaSalle Street, Suite 3700
    Chicago, IL 60603
    (312) 499-6700 (Telephone)
    (312) 499-1945 (Facsimile)

Nina Russakoff (admitted *pro hac vice*)
30 South 17th Street
Philadelphia, PA 19130
(215) 979-1937 (Telephone)
(215) 979-1020 (Facsimile)

*Counsel for Plaintiffs MPhA, NACDS, NCPA, MnRA, MGA, Astrup, Coborn's, Falk's, Genoa, Goodrich, St. Paul Corner Drug, Setzer, Thrifty, Trumm, Robert Diaz, M.B. and A.H., minors, by and through their legal guardian, James Brech*

4901922v1
13956.1